**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Laura J. Marabito, SBN 232381
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorney for Defendant COUNTY OF YUBA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANZIE KRISTINA COX and VLADIMIR MARTYNOV,<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTY OF YUBA, COUNTY OF SUTTER, COUNTY OF SACRAMENTO, CITY OF SACRAMENTO, CITY OF YUBA CITY, CITY OF MARYSVILLE, and Does 1 - 100.<br><br>      Defendants. | Case No. 2:09-CV-01894 MCE-JFM<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>Complaint Filed: 07/13/09 |

Pursuant to the Order Requiring Joint Status Report, the parties are to meet and confer and file a Joint Status Report. It is requested that the time limitation to file the Joint Status Report be extended to **December 4, 2009**.

Not all the named Defendants have entered an appearance. The City of Sacramento is named as a Defendant but has not yet appeared. The other Defendants just entered an appearance in late August 2009. Additionally, Plaintiff's attorney was unavailable to meet and confer because he was in trial.

The other parties have agreed to this extension. Based upon the foregoing, it is requested that the time to file the Joint Status Report is extended to **December 4, 2009.**

    **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 2, 2009 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br>By   /s/Carl L. Fessenden<br>     Carl L. Fessenden<br>     Laura J. Marabito<br>     Attorneys for Defendant COUNTY OF YUBA |
| Dated: October 2, 2009 | LAW OFFICE OF CYRUS ZAL<br>By  /s/Cyrus Zal (as authorized on 10/01/09)<br>     Cyrus Zal<br>     Attorney for Plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV |
| Dated: October 2, 2009 | LAW OFFICES OF DENNIS HALSEY<br>By   /s/Dennis Halsey (as authorized on 10/01/09)<br>     Dennis Halsey<br>     Attorney for Defendants COUNTY OF SUTTER, CITY OF MARYSVILLE, and CITY OF YUBA CITY |
| Dated: October 2, 2009 | MORENO & RIVERA, LLP<br>By  /s/Jesse Rivera (as authorized on 10/01/09)<br>     Jesse M. Rivera<br>     Attorney for Defendant COUNTY OF SACRAMENTO\ |

    **IT IS SO ORDERED.**

Dated: October 6, 2009

                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE