UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHANZIE KRISTINA COX and
VLADIMIR MARTYNOV,

        Plaintiffs,

  v.

COUNTY OF YUBA, COUNTY OF SUTTER, COUNTY OF SACRAMENTO, CITY OF SACRAMENTO, CITY OF YUBA CITY, CITY OF MARYSVILLE, and DOES 1-100.

        Defendants.

No. 2:09-cv-01894-MCE-JFM

MEMORANDUM AND ORDER

----oo0oo----

Presently before the Court is a Motion by Plaintiffs Chanzie Kristina Cox and Vladimir Martynov ("Plaintiffs") seeking leave to file a First Amended Complaint. Concurrently before the court is a Motion by Defendant City of Sacramento ("Defendant") to dismiss Plaintiffs' Complaint.[1]

///

---

[1] Because oral argument will not be of material assistance, the Court orders these matters submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

1    Pursuant to Federal Rule of Civil Procedure 15(a), once a
2 responsive pleading has been served on a Plaintiff, the Plaintiff
3 may only amend its pleading with the opposing party's written
4 consent or the court's leave. Fed. R. Civ. P. 15(a)(1)-(2).  The
5 court should freely give leave when justice so requires. Fed. R.
6 Civ. P. 15(a)(2).  Generally, the five factors of bad faith,
7 undue delay, prejudice to opposing party, futility of amendment,
8 and whether plaintiff has previously amended complaint are
9 considered when assessing the propriety of a motion to amend.
10 <u>Ahlmeyer v. Nevada Sys. of Higher Educ</u>., 555 F.3d 1051, 1055 (9th
11 Cir. 2009).
12    Here, Plaintiffs have not previously filed an amended
13 complaint. Furthermore, Defendant has filed a Statement of Non-
14 Opposition to Plaintiffs' Motion to Amend.
15    In light of these factors, Plaintiffs' Motion to Amend is
16 hereby GRANTED. (Docket No. 12) Defendant's Motion to Dismiss is
17 therefore DENIED as moot. (Docket No. 11) Accordingly, the
18 December 3, 2009 motions hearing is vacated.
19    IT IS SO ORDERED.

Dated: November 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2