1  CYRUS ZAL, SBN: 102415
   CYRUS ZAL, A PROFESSIONAL CORPORATION
2  102 Mainsail Court
   Folsom, CA  95630
3  Telephone:  (916) 985-3576
   Fax:            (916) 985-4893
4  Email:         czal47@comcast.net

5  Attorney for Plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV

6

7              UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| CHANZIE KRISTINA COX and VLADIMIR MARTYNOV, | **CASE NO:** **2:09-CV-01894-MCE-JFM** |
| Plaintiff, | |
| v. | **STIPULATION OF THE PARTIES FOR PLAINTIFFS TO FILE FIRST AMENDMENT TO FIRST AMENDED COMPLAINT AND ORDER THEREON** |
| COUNTY OF YUBA; COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; MATHEW TALLMAN; LINDY CULP; DAVID LEON; JERRY D. PARKER; ERIN PETERSON; NICK TAVELLI; and DOES 7 to 100, | |
| Defendants. | |

   Plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV and defendants COUNTY OF YUBA; COUNTY OF SACRAMENTO; and CITY OF SACRAMENTO, through their respective undersigned counsel, hereby stipulate that

1

plaintiffs may file a First Amendment to First Amended Complaint, which amendment states as follows:

"Plaintiffs identify defendants previously sued herein as DOES 7 and 8 as follows:

DOE 7:   David Bell (City of Sacramento Police Officer)

DOE 8:   Michael Van Velzer (Yuba County Deputy Sheriff)"

IT IS SO STIPULATED.

[All the undersigned counsel have authorized their electronic signatures to be affixed to this stipulation.]

                                                Cyrus Zal, A Professional Corporation

Dated: January 13, 2010                By: _____/s/ Cyrus Zal_____
                                                Cyrus Zal, Esq., Attorney for Plaintiffs
                                                Chanzie Kristina Cox and
                                                Vladimir Martynov

                                                PORTER SCOTT
                                                A Professional Corporation

Dated: January 13, 2010                By: _____/s/ Laura J. Marabito_____
                                                Laura J. Marabito, Esq.
                                                Attorney for Defendant County of Yuba

MORENO & RIVERA, LLP

Dated: January 13, 2010            By: _____/s/ Jesse M. Rivera_____
                                   Jesse M. Rivera, Esq.
                                   Attorney for County of Sacramento


CITY OF SACRAMENTO

Dated: January 13, 2010            By: ___/s/_ Marcus A. Kropf_____
                                   Eileen M. Teichert, Esq., and Marcos A.
                                   Kropf, Esq. Attorneys for City of
                                   Sacramento

## ORDER

Pursuant to the Stipulation of the parties, plaintiffs are authorized to file a First Amendment to First Amended Complaint, which amendment states as follows:

"Plaintiffs identify defendants previously sued herein as DOES 7 and 8 as follows:

DOE 7:     David Bell (City of Sacramento Police Officer)

DOE 8:     Michael Van Velzer (Yuba County Deputy Sheriff)"

IT IS SO ORDERED.

DATED: JANUARY 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE