CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
Telephone:  (916) 985-3576
Fax:        (916) 985-4893
Email:      czal47@comcast.net

Attorney for Plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANZIE KRISTINA COX and VLADIMIR MARTYNOV,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF YUBA, COUNTY OF SUTTER, COUNTY OF SACRAMENTO, CITY OF SACRAMENTO, CITY OF YUBA CITY, CITY OF MARYSVILLE, and DOES 1 to 100,<br><br>         Defendants. | **CASE NO:**<br>2:09-CV-01894-MCE-JFM<br><br>**STIPULATION TO DISMISS DEFENDANTS COUNTY OF SUTTER, CITY OF MARYSVILLE AND CITY OF YUBA CITY FROM THIS ACTION WITHOUT PREJUDICE AND ORDER THEREON** |

Plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV hereby dismiss without prejudice defendants County of Sutter, City of Marysville and City of

1

1  Yuba City from this action. Plaintiffs and the defendants being dismissed agree to bear
2  their own attorney's fees and costs.
3      All of the parties to this action, through their respective undersigned counsel,
4  hereby stipulate to plaintiffs' dismissal without prejudice from this action defendants
5  County of Sutter, City of Marysville and City of Yuba City.
6      IT IS SO STIPULATED.

                                          CYRUS ZAL
                                          A PROFESSIONAL CORPORATION

Dated: April 21, 2010              By: __/s/  Cyrus Zal_____
                                          CYRUS ZAL, Attorney for Plaintiffs
                                          CHANZIE KRISTINA COX and
                                          VLADIMIR MARTYNOV


                                          PORTER SCOTT
                                          A PROFESSIONAL CORPORATION


                                   By: __/s/ Carl L. Fessenden_____
                                          CARL L. FESSENDEN, ESQ.
                                          Laura J. Marabito, Esq.
                                          Attorneys for Defendant
                                          COUNTY OF   YUBA



                                          LAW OFFICES OF DENNIS HALSEY


                                   By: __/s/ Dennis Halsey_____
                                          DENNIS HALSEY, ESQ.
                                          Attorney for Defendants County of Sutter,
                                          City of Marysville and City of Yuba City

```
                              EILEEN M. TEICHERT
                              City Attorney


                         By:   /s/ Marcos A. Kropf
                              MARCOS A. KROPF, ESQ.
                              Attorneys for Defendant
                              CITY OF SACRAMENTO



                              MORENO & RIVERA, LLP


                         By:   /s/ Jesse M. Rivera
                              JESSE M. RIVERA, ESQ.
                              Attorney for Defendant
                              COUNTY OF SACRAMENTO
```

### **ORDER**

Pursuant to the Stipulation as set forth above, defendants County of Sutter, City of Marysville and City of Yuba City are hereby dismissed from this action without prejudice.

IT IS SO ORDERED.


Dated: April 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE