1  CYRUS ZAL, SBN: 102415
   CYRUS ZAL, A PROFESSIONAL CORPORATION
2  102 Mainsail Court
   Folsom, CA  95630
3  Telephone:  (916) 985-3576
   Fax:        (916) 985-4893
4  Email:      czal47@comcast.net

5  Attorney for Plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV

7              UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANZIE KRISTINA COX and VLADIMIR MARTYNOV,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF YUBA; COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; MATHEW TALLMAN; LINDY CULP; DAVID LEON; JERRY D. PARKER; ERIN PETERSON; NICK TAVELLI; and DOES 7 to 100,<br><br>Defendants. | **CASE NO:**<br>**2:09-CV-01894-MCE-JFM**<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT /ADJUDICATION; ORDER THEREON**<br><br>DATE:  March 10, 2011<br>TIME:  2:00 p.m.<br>CTRM:  7<br><br>Complaint Filed: 07/13/09<br>Amended Complaint Filed: 12/02/09<br>Amend. to Amended Com: 02/08/10 |

All of the parties herein are attempting to negotiate a global settlement of this entire action and require additional time to conduct negotiations. To allow sufficient

1

time for negotiation of the global settlement, plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV and defendants COUNTY OF YUBA and JERRY D. PARKER, through their respective undersigned counsel, hereby stipulate that defendants COUNTY OF YUBA and JERRY D. PARKER's motion for summary judgment/adjudication currently scheduled to be heard on March 10, 2011 be continued to April 7, 2011, and that plaintiffs' opposition, if any, will be due on March 24, 2011.

IT IS SO STIPULATED.

[The undersigned counsel have authorized their electronic signatures to be affixed to this stipulation.]

Cyrus Zal, A Professional Corporation

Dated: February 25, 2011     By:      /s/ Cyrus Zal
                                      Cyrus Zal, Esq., Attorney for Plaintiffs
                                      Chanzie Kristina Cox and
                                      Vladimir Martynov


PORTER SCOTT
A Professional Corporation

Dated: February 25, 2011     By:      /s/ Laura J. Marabito
                                      Laura J. Marabito, Esq., Attorney
                                      for Defendants County of Yuba
                                      and Jerry D. Parker

**ORDER**

Pursuant to the Stipulation of the parties, Defendants COUNTY OF YUBA and JERRY D. PARKER's motion for summary judgment/adjudication, currently scheduled to be heard on March 10, 2011, is hereby continued to April 7, 2011 at 2:00 p.m Plaintiffs' opposition, if any, will be due on March 24, 2011.  Any reply must be filed by March 31, 2011.

   IT IS SO ORDERED.

DATE: March 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE