CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
Telephone:  (916) 985-3576
Fax:        (916) 985-4893
Email:      czal47@comcast.net

Attorney for Plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANZIE KRISTINA COX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF YUBA; et al., <br><br> Defendants. | **CASE NO: 2:09-CV-01894-MCE-JFM** <br><br> **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION AND ORDER THERON** <br><br> DATE:  April 7, 2011 <br> TIME:  2:00 p.m. <br> CTRM:  7 |

All of the parties herein are attempting to negotiate a global settlement of this entire action and require additional time to conduct negotiations. To allow sufficient time for negotiation of the global settlement, plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV and defendants COUNTY OF YUBA and JERRY D. PARKER, through their respective undersigned counsel, hereby stipulate that defendants COUNTY OF YUBA and JERRY D. PARKER's motion for summary judgment/adjudication currently scheduled to be heard on April 7, 2011 be continued to May 5, 2011, and that plaintiffs' opposition, if any, be due on April 21, 2011.

1

1   IT IS SO STIPULATED.

2   [The undersigned counsel have authorized their electronic signatures to be
3   affixed to this stipulation.]

```
                                        Cyrus Zal, A Professional Corporation

Dated: March 24, 2011                   By:  _____/s/ Cyrus Zal_____
                                            Cyrus Zal, Esq., Attorney for Plaintiffs
                                            Chanzie Kristina Cox and
                                            Vladimir Martynov


                                        PORTER SCOTT
                                        A Professional Corporation
Dated: March 24, 2011

                                        By:  _____/s/ Laura J. Marabito_____
                                            Laura J. Marabito, Esq.
                                            Attorney for Defendant County of Yuba
```

### ORDER

Pursuant to the Stipulation of the parties, defendants COUNTY OF YUBA and JERRY D. PARKER's motion for summary judgment/adjudication currently scheduled to be heard on April 7, 2011 is hereby continued to May 5, 2011, and that plaintiffs' opposition, if any, be due on April 21, 2011.  Defendants' reply, if any, must be submitted not later than April 28, 2011.

IT IS SO ORDERED.

DATE: April 1, 2011

```
                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
```