1  CYRUS ZAL, SBN: 102415
   CYRUS ZAL, A PROFESSIONAL CORPORATION
2  102 Mainsail Court
   Folsom, CA  95630
3  Telephone:  (916) 985-3576
   Fax:        (916) 985-4893
4  Email:      czal47@comcast.net

5  Attorney for Plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV

6

7                     UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| CHANZIE KRISTINA COX and VLADIMIR MARTYNOV,  Plaintiff,  v.  COUNTY OF YUBA; COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; MATHEW TALLMAN; LINDY CULP; DAVID LEON; JERRY D. PARKER; ERIN PETERSON; NICK TAVELLI; and DOES 7 to 100,  Defendants. | **CASE NO:**<br>**2:09-CV-01894-MCE-JFM**<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION; ORDER THEREON**<br><br>DATE:    May 5, 2011<br>TIME:    2:00 p.m.<br>CTRM:    7<br><br>Complaint Filed: 07/13/09<br>Amended Complaint Filed: 12/02/09<br>Amend. to Amended Com: 02/08/10 |

23

24  ///

25  ///

1

All of the parties have negotiated a global settlement of this entire action and there remains one issue that needs to be addressed – namely, the hospital lien that UC Davis Medical Center has asserted with respect to the medical treatment it provided to plaintiff Chanzie Kristina Cox subsequent to Ms. Cox's arrest but before Ms. Cox was booked into the Sacramento County Jail. At the present time, defendant County of Sacramento is in the process of determining the correct amount of this lien pursuant to the contract that the County has with UC Davis Medical Center for medical treatment provided to arrestees. In order to allow sufficient time for the determination of this lien, plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV and defendants COUNTY OF YUBA and JERRY D. PARKER, through their respective undersigned counsel, hereby stipulate that defendants COUNTY OF YUBA and JERRY D. PARKER's motion for summary judgment/adjudication currently scheduled to be heard on May 5, 2011 be continued to July 14, 2011, and that plaintiffs' opposition, if any, be due on June 30, 2011. The parties apologize to the Court for any inconvenience caused by the parties' multiple requests for continuances; however, the parties believe this is the final continuance that will be requested by the parties.

IT IS SO STIPULATED.

[The undersigned counsel have authorized their electronic signatures to be affixed to this stipulation.]

///

///

///

///

                                        Cyrus Zal, A Professional Corporation


Dated: April 21, 2011                    By:  _____/s/ Cyrus Zal_____
                                         Cyrus Zal, Esq., Attorney for Plaintiffs
                                         Chanzie Kristina Cox and
                                         Vladimir Martynov



                                         PORTER SCOTT
                                         A Professional Corporation

Dated: April 21, 2011                    By:  _____/s/ Carl L. Fessenden_____
                                         Carl L. Fessenden, Esq.
                                         Attorney for Defendants County of
                                         Yuba and Jerry D. Parker




## ORDER

Pursuant to the Stipulation of the parties, defendants COUNTY OF YUBA and JERRY D. PARKER's motion for summary judgment/adjudication currently scheduled to be heard on May 5, 2011 is hereby continued to July 14, 2011, and that plaintiffs' opposition, if any, be due on June 30, 2011.

IT IS SO ORDERED.

DATED: April 22, 2011

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE