MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259

Attorneys for Defendants,
COUNTY OF SACRAMENTO

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANZIE KRISTINA COX and VLADIMIR MARTYNOV,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF YUBA, COUNTY OF SUTTER, COUNTY OF SACRAMENTO, CITY OF SACRAMENTO, CITY OF YUBA, CITY OF MARYSVILLE and DOES 1 to 100,<br><br>　　　　Defendants. | Case #: 2:09-cv-01894 MCE JFM<br><br>STIPULATION FOR EXTENDING TIME TO DISCLOSE EXPERT WITNESS INFORMATION; ORDER |

PLAINTIFFS BY AND THROUGH THEIR COUNSEL Cyrus Zal, and all defendants by and through their respective counsel hereby stipulate and agree that the deadline to disclose expert witness information shall be extended ninety (90) days from May 9, 2011. The disclosure deadline is now August 9, 2011.

It is hereby so stipulated.

Dated: May 9, 2011                              MORENO & RIVERA


                                                /s/ Jesse M. Rivera
                                                _____
                                                JESSE M. RIVERA,
                                                Attorney for Defendant,
                                                COUNTY OF SACRAMENTO

| | | |
|---|---|---|
| 1 | Dated: May 9, 2011 | LAW OFFICES OF CYRUS ZAL |

/s/ Cyrus Zal
_____
CYRUS ZAL,
Attorney for Plaintiff

Dated: May 9, 2011          PORTER SCOTT

/s/ Carl Fessenden
_____
CARL FESSENDEN
Attorney for Defendants
County of Yuba

Dated: May 9, 2011          SACRAMENTO CITY ATTORNEY'S OFFICE

/s/ Marcus Kropf
_____
MARCUS KROPF
Attorney for Defendant,
City of Sacramento

**ORDER**

Good cause appearing the deadline to disclose expert witness information shall be extended ninety (90) days from May 9, 2011. The disclosure deadline is now August 9, 2011.

IT IS SO ORDERED.

Dated: May 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE