1  RIVERA & ASSOCIATES
   1451 River Park Drive, Suite 145
2  Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, SBN 84259
   Shanan L. Hewitt, SBN 200168
5  Jonathan B. Paul, SBN 215884

6  Attorneys for Defendants,
   COUNTY OF SACRAMENTO

7

8              IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 CHANZIE KRISTINA COX and )   Case #:  2:09-cv-01894 MCE JFM
   VLADIMIR MARTYNOV,        )
12                           )
              Plaintiffs,    )   **STIPULATED DISMISSAL WITH**
13                           )   **PREJUDICE  [FRCP 41(a)(1)]**
   vs.                       )
14                           )
   COUNTY OF YUBA, COUNTY OF )
15 SUTTER, COUNTY OF SACRAMENTO, )
   CITY OF SACRAMENTO, CITY OF )
16 YUBA, CITY OF MARYSVILLE and )
   DOES 1 to 100,            )
17                           )
              Defendants.    )
18 ─────────────────────────── )

19     It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by

20 and between the plaintiffs CHANZIE KRISTINA COX and VLADIMIR MARTYNOV by and

21 through their counsel Cyrus Zal, and defendants COUNTY OF SACRAMENTO, MATTHEW

22 TALLMAN, LINDY CULP DAVID LEON  by and through their attorney, Jesse M. Rivera,

23 COUNTY OF YUBA, and JERRY D. PARKER by and through their attorney, Carl Fessenden,

24 CITY OF SACRAMENTO, ERIN PETERSON, NICK TAVELLI and DAVID  BELL, by and

25 through their attorney, Marcos Kropf,  that the entire action be dismissed with prejudice forthwith.

26 All parties  to bear their own attorney's fees and costs.

27 ///

28 ///

Dated: August 5, 2011        /s/ Cyrus Zal
                             CYRUS ZAL
                             Attorney for Plaintiffs
                             Chanzie Kristina Cox and Vladimir Martinov

Dated: August 5, 2011        /s/ Jesse M. Rivera
                             JESSE M. RIVERA
                             Attorney for Defendants
                             County of Sacramento, Matthew Tallman, Lindy Culp
                             and David Leon

Dated: August 5, 2011        /s/ Carl Fessenden
                             CARL FESSENDEN, Attorney for
                             County of Yuba and Jerry D. Parker

Dated: August 5, 2011        /s/ Marcos Krofp
                             MARCOS KROPF, Attorney for
                             City of Sacramento and David Bell

The stipulation of the parties to dismiss having been read and considered,

**IT IS HEREBY ORDERED** that the above-captioned action (Case **2:09-cv-01894 MCE JFM**) be, and hereby is, dismissed with prejudice forthwith. Each side to bear their own attorney's fees and costs.

Dated: August 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulated Dismissal    2